IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
2008 AUG 27 AM 11:19
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Gregory D. Johnson,
Plaintiff

-vs-

D.T. Waddell, Toledo Police Department; Tina Skeldon-Wozniak, Lucas County Commissioners Office; Julia Bates, Lucas County Prosecutors Office, et al.,
Defendants

CASE NO. 3:08 CV 02061

JUDGE

JUDGE DAVID A. KATZ

COMPLAINT

On July 23, 2008 I tried to report to the Toledo Police Department of my car being missing and/or stolen. The information person stated I needed the VIN number to the car (which is a Chevy S-10 pickup) in order to make the report. I stated to please still send out a description of the car to patrol cars. She stated she would. I then retrieved the VIN number from my insurance agent through Lynne M. Hamer, whose insurance is on the same policy and who regularly communicates with the agent. Two or three days later I called the Police Department information person back. It was a different person, a Black older lady, and I told her the situation of the other day and what the information person had suggested to me. She then stated, "That's incorrect: All that's needed is the social security number and everything pops up." I said, "Is that right?" She then proceeded to tell me that my truck was involved in a burglary and that there was a hold on the truck, and that I had to speak to a Detective Waddell to get a release, and that no report was filed. I called D.T. Waddell three times and only got voicemail telling me he'd be out of the office until the 2nd of August. I left voicemail messages all three times. In those messages I stated all I knew concerning the incident, i.e., the truck was getting a brake job done on Detroit Ave. and Buckingham St., and the mechanic and the car were missing. I left my number and asked him to call me back. My calls were never returned, even though my number is a cell phone with very reliable voicemail.

On August 11, 2008 Lynne M. Hamer (policy co-holder and part owner of the truck) went to the impound lot and was told that the car had a hold on it and that the owner of the truck would have to talk to Detective Waddell. On August 12, 2008 Lynne called the D.T. Waddell and was told that he would only speak to the owner of the car. Then I called to speak with him and he stated he would only speak to me in person and that he doesn't do business over the phone. I then contacted Attorney Matt Fech and he talked to the D.T. Waddell. He was told that charges were pending. On or about August 14, the attorney called me back stating that he had checked the internet in all courts and there were no charges pending on any Gregory D. Johnson. I then proceeded to file this action.

Cont ➔

## PRAYER FOR RELIEF

To order the Toledo Police Department to lift the holder and release the car; to pay for storage fees as of July 23, 2008 and for damages to the car, for TARTA bus passes for August and September, and for insurance money paid on a car rendered unusable; to pay monetary mental cruelty damages, as determined by the judge, due to D.T. Waddell's patronizing and harassing me, my friends and family in order to force me to go into the department; and to freeze D.T. Waddell's personal assets until fees and damages are paid. + attorney fees, and In paid fees.

I, plaintiff, so do pray. . . . ,

Send to:

Detective D.T. Waddell, Toledo Police — 525 N. Erie, Toledo, OH 43604
Ms. Tina Skeldon-Wozniak, Lucas County Commissioner — One Government Center, Toledo, OH 43604
Ms. Julia Bates, Lucas County Prosecutor — 700 Adams, Toledo, OH 43604

Civil Rights; 42 U.S.C. 2000e – Title VII – Discrimination, 14th Amendment, Due Process Violation

[signature] PROSE
8-27-08
1417 Nebraska ave,
Tol, OH 43607
(419) 973-7563